IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRENDA ROBINSON                                                              PLAINTIFF

VS.                                         Case No. 04-CV-4028

ARKANSAS HOUSING AUTHORITY
and BETH ROWLAND, Executive Director                                         DEFENDANTS

## **AMENDED ORDER**

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 37) Defendants have not responded and have informed the Court they do not object to the motion. Upon consideration, the Court finds the motion should be and hereby is **granted.** Plaintiff is hereby awarded $19,248.00 in attorney fees and $2,068.92 as costs.

IT IS SO ORDERED, this 20th day of June, 2006.

                                                                    /s/ Harry F. Barnes
                                                                    Hon. Harry F. Barnes
                                                                    U.S. District Court